UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICK CALDERON, et al., | Case No. 15-CV-05796-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| PACIFIC PLUMBING AND SEWER SERVICE, INC., et al., | |
| Defendants. | |

Plaintiffs' Attorney: Robert Baker
Defendants' Attorney: Allison Moser

An initial case management conference was held on March 2, 2016. A further case management conference is set for June 22, 2016 at 2:00 p.m. The parties shall file their joint case management statement by June 15, 2016.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case. There shall be no bifurcation of discovery in this case.

The parties are referred to Court mediation with a deadline of June 3, 2016. The parties shall contact the ADR program to select a mediator and schedule the mediation.

Plaintiffs shall provide a copy of Plaintiffs' proposed Second Amended Complaint to Defendants by March 7, 2016. By March 11, 2016, Defendants shall let Plaintiffs know whether Defendants will stipulate to the filing of the Second Amended Complaint. The deadline for

1

Case No. 15-CV-05796-LHK
CASE MANAGEMENT ORDER

Plaintiffs to file a Motion for Leave to File a Second Amended Complaint is March 21, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | March 21, 2016 |
| Deadline to Complete Mediation | June 3, 2016 |
| Further Case Management Conference | June 22, 2016 at 2:00 p.m. |
| Deadline to File Motion for Conditional Collective Action Certification | July 28, 2016 |
| Hearing on Motion for Conditional Collective Action Certification | September 15, 2016 at 1:30 p.m. |
| Deadline to File Motion for Rule 23 Class Certification | Brief: December 15, 2016<br>Opposition: January 5, 2017<br>Reply: January 19, 2017 |
| Hearing on Motion for Rule 23 Class Certification | February 9, 2017 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: March 2, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge