# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK CALDERON, et al. | Case No. 15-cv-05796-LHK |
| Plaintiffs, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| PACIFIC PLUMBING AND SEWER SERVICE, INC., et al., | Date: July 1, 2016<br>Mediator: Peter Rukin |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse plaintiff Erick Calderon from appearing in person at the July 1, 2016, mediation before Peter Rukin is GRANTED. The representative shall participate by telephone in accordance with ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: JUNE 28, 2016

Maria-Elena James
United States Magistrate Judge